**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIET LALONNE, | NO. CV 20-600-DOC(E) |
| Petitioner, | |
| v. | JUDGMENT |
| CRAIG J. MITCHELL, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 26, 2020

/s/ David O. Carter
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE